IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 4:20-cr-16 |
| JACQUELINE ECHOLS, | ) |
|     Defendant. | ) |

### ORDER ON APPLICATION FOR LEAVE OF ABSENCE

This matter is before the Court on the defense counsel's Application for Leave of Absence on the following dates:

a. June 7, 2021;
b. June 14 – 21, 2021;
c. June 22 – 28, 2021;
d. July 20, 2021;
e. July 28, 2021;
f. August 17, 2021;
g. August 20 – 22, 2021;
h. August 25, 2021;
i. September 20, 2021;
j. September 21, 2021;
k. September 22, 2021;
l. September 24 – 25, 2021;
m. October 19, 2021;
n. October 27, 2021;
o. November 16, 2021;
p. November 24, 2021; and
q. December 22, 2021.

After careful consideration, said Application for Leave of Absence is GRANTED.

SO ORDERED, the 25th day of May, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA